Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241



**FILED**

AUG 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN OCHOA,<br><br>Defendant. | DOCKET NO. 6:16-mj-00072-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned defendant Adrian OCHOA has failed to pay a $300 balance of a $800 fine.

As the Acting Legal Officer, I am aware OCHOA was charged with Posession of a

1

1 controlled substance (cocaine), in violation of Title 36 Code of Federal Regulations
2 §2.35(b)(2).

On October 11, 2016, OCHOA pled guilty to the charge of: Possession of a controlled substance (cocaine). The Court deferred entry of judgment pending OCHOA's satisfactory completion of 12 months of unsupervised probation with the conditions he obey all laws, report all new law violations within 7 days, and pay a $1000 fine within the first 10 months of probation.

The government alleges OCHOA has violated the following condition(s) of his unsupervised probation

CHARGE ONE: FAILURE TO PAY $1000 FINE

OCHOA was ordered to pay an $1000 fine at a rate of $100 per month commencing on November 11, 2016. As of the date of this affidavit, OCHOA has not paid the remaining $300 balance of the fine.

8/21/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

8/21/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California