Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN OCHOA,<br><br>Defendant. | DOCKET NO. 6:16-mj-072-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Adrian OCHOA was charged with Possession of a Controlled Substance (cocaine), in violation of Title 36 Code of Federal Regulations §2.35(b)(2).  On October 11, 2016, OCHOA pled guilty to the charge of: Possession of a controlled substance (cocaine). The Court deferred entry of judgment pending OCHOA's satisfactory completion of 12 months of unsupervised probation with the conditions he obey all laws, report all new law violations within 7 days, and pay a $1000 fine within the first 10 months of probation.

On August 21, 2107 the Government filed a Notice of Probation Violation alleging OCHOA had failed to pay the $1000 fine as ordered.  A review hearing was scheduled for September 19, 2017 at 10:00 A.M.  The Government has subsequently been

1

provided proof the fine has been paid in full.  The Government herewith withdraws its Allegation of Probation Violation in this matter, and requests the review hearing be vacated.

Dated: September 18, 2017           By: /s/ Susan St. Vincent
                                    Susan St. Vincent
                                    Legal Officer
                                    Yosemite National Park, CA

**ORDER**

The Statement of Alleged Probation Violation filed on August 21, 2017 is retracted, and the review hearing set for September 19, 2017 is vacated.

IT IS SO ORDERED.

Dated:   September 18, 2017         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE