1  Susan St. Vincent
   Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN OCHOA,<br><br>        Defendant. | No.  6:16-mj-0072-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  November 6, 2017           /S/ Susan St. Vincent
                                                   Susan St. Vincent
                                                   Legal Officer
                                                   Yosemite National Park

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Ochoa 6:16-mj-0072-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   November 7, 2017          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE